# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Society of Cinematographers,<br><br>Plaintiff<br>v.<br><br>Howard Schatz et al.,<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 20-08607-ODW(JCx)<br><br>**ORDER/REFERRAL TO ADR** |

The Court, having considered the parties' Request: ADR Procedure Selection, the Notice to Parties of Court-Directed ADR Program, or the report submitted by the parties pursuant to Fed. R. Civ. P. 26(f) and Civil L.R. 26-1, hereby:

**ORDERS** this case referred to:

X   **ADR PROCEDURE NO. 1:** (☐ district judge *or* X magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct).

For ADR Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or private mediator at the appropriate time to arrange for further proceedings.

Dated: March 9, 2021

_____
United States District Judge